| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 04CR00841-001-TUC-DCB |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* CR 07 00767 RMW |

E-FILING

FILED
2007 DEC -4 A 8:01
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: ANTONIO ENRIQUE ROJAS | DISTRICT District Of Arizona | DIVISION Tucson |
|---|---|---|
| | NAME OF SENTENCING JUDGE David C. Bury | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 12/08/2006 | TO 12/07/2008 |

OFFENSE

Attempted Exportation of Arms Without a License Title 22, USC 2778(b)(2) and 2778(c) and 22 USC CFR 121.2, 121.4, 123.1, 127.1(a), 127.1(c) and 127.3, a Class C felony.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>DISTRICT OF ARIZONA</u>

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the <u>Northern District of California</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

10/17/07
Date

*[signature]*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

11/27/07
Effective Date

*Ronald M. Whyte*
United States District Judge