# UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA
### OFFICE OF THE CLERK

**RICHARD H. WEARE**
DISTRICT COURT EXECUTIVE / CLERK OF COURT
UNITED STATES COURTHOUSE
230 NORTH FIRST AVENUE, ROOM 1400
PHOENIX, ARIZONA 85025-0093

*Visit our website at www.azd.uscourts.gov*

**RONNIE HONEY**
CHIEF DEPUTY CLERK
UNITED STATES COURTHOUSE
230 NORTH FIRST AVENUE, ROOM 1400
PHOENIX, ARIZONA 85025-0093

**MICHAEL S. O'BRIEN**
CHIEF DEPUTY CLERK
EVO A. DECONCINI U.S. COURTHOUSE
405 W. CONGRESS, SUITE 1500
TUCSON, ARIZONA 85701

CR-07-00767-RMW

DECEMBER 20, 2007

Mr. Richard W. Wieking, CLERK
Northern District of California
Phillip Burton US Courthouse 16th Floor
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Re: ANTONIO ENRIQUE ROJAS
   Our Case Number: CR-04-841-TUC-DCB
   Your Case Number: 0971/5:07 CR00767 RMW

   Transfer of Jurisdiction

Dear Clerk:

Transfer of jurisdiction having been approved in the above entitled case, enclosed are certified copies of the following:

1. Transfer of Jurisdiction
2. Indictment
3. Judgement
4. Docket Sheet

Original documents can be accessed through Pacer.

Please acknowledge receipt of same on the enclosed copy of this letter and return to the Tucson office for filing.

RICHARD H. WEARE, CLERK


By: s/Kathie Thornton
    Deputy Clerk
    520-205-4225

---

*The staff of the Clerk's Office ensures the effective, efficient and professional delivery of clerical and administrative services, while fostering a customer-friendly and employee-friendly environment.*

| | |
|---|---|
| PROB 22 (Rev. 2/88) | FILED ___ LODGED ___ RECEIVED ___ COPY |
| **TRANSFER OF JURISDICTION** | DEC 1 9 2007 CLERK U S DISTRICT COURT DISTRICT OF ARIZONA BY _____ DEPUTY |
| | DOCKET NUMBER (Tran. Court) 04CR00841-001-TUC-DCB |
| | DOCKET NUMBER (Rec. Court) 0971/5:07CR00767 RMW |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: ANTONIO ENRIQUE ROJAS | DISTRICT DISTRICT OF ARIZONA  DIVISION District Of Arizona  Tucson |
|---|---|
| | NAME OF SENTENCING JUDGE David C. Bury |
| | DATES OF PROBATION/SUPERVISED RELEASE: FROM 12/08/2006  TO 12/07/2008 |

**OFFENSE**

Attempted Exportation of Arms Without a License Title 22, USC 2778(b)(2) and 2778(c) and 22 USC CFR 121.2, 121.4, 123.1, 127.1(a), 127.1(c) and 127.3, a Class C felony.

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **DISTRICT OF ARIZONA**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

10/17/07
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

11/27/07
Effective Date

_____
United States District Judge

I hereby attest and certify on Dec 20, 2007 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA
By _____ Deputy

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

United States of America

v.

Antonio Enrique Rojas

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed on or After November 1, 1987)

No. CR 04-00841-001-TUC-DCB(CRP)

Andrea Matheson (Appointed)
Attorney for Defendant

USM#: 97380-008

**THE DEFENDANT ENTERED A PLEA OF** guilty on 10/18/05 to the Indictment.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 22, USC §2778(b)(2) and 2778(c), and 22 USC CFR 121.2, 121.4, 123.1, 127.1(a), 127(c) and 127.3 - Attempted Exportation of Arms without a Licence, a Class C Felony offense, as charged in the Indictment.

**IT IS THE JUDGMENT OF THIS COURT THAT** the defendant is hereby committed to the custody of the Bureau of Prisons for a term of **EIGHTEEN (18) MONTHS** on the Indictment, with credit for time served. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of **TWO (2) YEARS** on the Indictment.

**CRIMINAL MONETARY PENALTIES**

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** $100.00     **FINE:** $0     **RESTITUTION:** $0

The Court finds the defendant does not have the ability to pay a fine and orders the fine waived.

If incarcerated, payment of criminal monetary penalties are due during imprisonment at a rate of not less than $25 per quarter and payment shall be made through the Bureau of Prisons' Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, Attention: Finance, Suite 130, 401 West Washington Street, SPC 1, Phoenix, Arizona 85003-2118. Payments should be credited to the various monetary penalties imposed by the Court in the priority established under 18 U.S.C. § 3612(c). The total special assessment of $100.00 shall be paid pursuant to Title 18, United States Code, Section 3013 for Count 1 of the Indictment.

Any unpaid balance shall become a condition of supervision and shall be paid within 90 days prior to the expiration of supervision. Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address. The Court hereby waives the imposition of interest and penalties on any unpaid balances.

**SUPERVISED RELEASE**

Upon release from imprisonment, the defendant is placed on supervised release for a term of **TWO (2) YEARS** on the Indictment.

CR-04-841-01-TUC-DCB(CRP)                                                              Page 2 of 4
USA v Antonio Enrique Rojas

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

<u>For offenses committed on or after September 13, 1994</u>: The defendant shall refrain from any unlawful use of a controlled substance. Pursuant to 18 USC §3563(a)(5) and 3583(d) the defendant shall submit to one drug test within 15 days of release from imprisonment and such other periodic drug tests thereafter, as directed from time to time by the probation officer.

The defendant shall not possess a firearm, ammunition or other dangerous weapon as defined in 18 U.S.C. §921.

The defendant shall comply with the standard conditions of supervision adopted by this Court in General Order 05-36:
1) You shall not commit another federal, state, or local crime during the term of supervision.
2) You shall not leave the judicial district or other specified geographic area without the permission of the Court or probation officer.
3) You shall report to the Probation Office as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.
4) You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
5) You shall support your dependents and meet other family responsibilities.
6) You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.
7) You shall notify the probation officer at least ten days prior to any change of residence or employment.
8) You shall refrain from excessive use of alcohol and are subject to being prohibited from the use of alcohol if ordered by the Court in a special condition of supervision.
9) You shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance as defined in section 102 of the Controlled Substances Act (21 U.S.C. § 801) or any paraphernalia related to such substances, without a prescription by a licensed medical practitioner. Possession of controlled substances will result in mandatory revocation of your term of supervision.
10) You shall not frequent places where controlled substances are illegally sold, used, distributed or administered, or other places specified by the Court.
11) You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.
12) You shall permit a probation officer to visit at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.
13) You shall immediately notify the probation officer (within forty-eight (48) hours if during a weekend or on a holiday) of being arrested or questioned by a law enforcement officer.
14) You shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the Court.
15) As directed by the probation officer, you shall notify third parties of risks that may be occasioned by your criminal record or personal history or characteristics, and shall permit the probation officer to make such notification and to confirm your compliance with such notification requirement.
16) If you have ever been convicted of a felony, you shall refrain from possessing a firearm, ammunition, destructive device, or other dangerous weapon. If you have ever been convicted of a misdemeanor involving domestic violence, you shall refrain from possession of any firearm or ammunition. Possession of a firearm will result in mandatory revocation of your term of supervision. This prohibition does not apply to misdemeanor cases that did not entail domestic violence, unless a special condition is imposed by the Court.
17) Unless suspended by the Court, you shall submit to one substance abuse test within the first 15 days of supervision and thereafter at least two, but no more than two periodic substance abuse tests per year of supervision, pursuant to 18 U.S.C. §§ 3563(a)(5) and 3583(d);

CR-04-841-01-TUC-DCB(CRP)                                                                                Page 3 of 4
USA v Antonio Enrique Rojas

18) If supervision follows a term of imprisonment, you shall report in person to the Probation Office in the district to which you are released within seventy-two (72) hours of release.
19) You shall pay any monetary penalties as ordered by the Court. You will notify the probation officer of any material change in your economic circumstances that might affect your ability to pay restitution, fines, or special assessments.
20) If you have ever been convicted of any qualifying federal or military offense (including any federal felony) listed under 42 U.S.C. § 14135a(d)(1) or 10 U.S.C. § 1565(d), you shall cooperate in the collection of DNA as directed by the probation officer pursuant to 42 U.S.C. § 14135a(a)(2).

The following special conditions are in addition to the conditions of supervised release or supersede any related standard condition:

1. You shall submit your person, property (including but not limited to computer, electronic devices, and storage media), residence, office, or vehicle to a search conducted by a probation officer, at a reasonable time and in a reasonable manner.

2. You shall provide the probation officer access to any requested financial information.

3. You are prohibited from owning, maintaining or using a firearm.

4. You shall cooperate in the collection of DNA as directed by the probation officer.

5. The defendant shall enroll in a General Education Development (GED) Program to obtain a high school equivalency diploma.


The Court may change the conditions of probation or supervised release or extend the term of supervision, if less than the authorized maximum, at any time during the period of probation or supervised release. The Court may issue a warrant and revoke the original or any subsequent sentence for a violation occurring during the period of probation or supervised release.


**THE COURT FINDS** that the defendant has been sentenced in accordance with the terms of the plea agreement and that he has waived his right to appeal and to collaterally attack this matter. The waiver has been knowingly and voluntarily made with a factual basis and with an understanding of the consequences of the waiver.


**IT IS FURTHER ORDERED** that the Clerk of the Court deliver two certified copies of this judgment to the United States Marshal of this district.


The Court orders commitment to the custody of the Bureau of Prisons and recommends that the defendant be placed in an institution in northern California near his family.

CR-04-841-01-TUC-DCB(CRP)  
USA v Antonio Enrique Rojas

Page 4 of 4

Date of Imposition of Sentence: **Friday, January 6, 2006**

**DATED this 10th day of January, 2006.**

_____
David C. Bury
United States District Judge

**RETURN**

I have executed this Judgment as follows:_____

Defendant delivered on _____ to _____ at _____, the institution designated by the Bureau of Prisons, with a certified copy of this judgment in a Criminal case.

_____  By:_____
United States Marshal                      Deputy Marshal

CC: USA/CNSL(Andrea Matheson)/PROB(1)/PTS/FIN/JUDGE/USM(2 certified)/Order Book

I hereby attest and certify on Dec. 20, 2007 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA
By_____ Deputy

MAG, TRANSFER-OUT

# U.S. District Court
## DISTRICT OF ARIZONA (Tucson Division)
## CRIMINAL DOCKET FOR CASE #: 4:04-cr-00841-DCB-CRP-1
### Internal Use Only

Case title: USA v. Rojas
Magistrate judge case number: 4:04-mj-03137

Date Filed: 04/14/2004
Date Terminated: 01/11/2006

Assigned to: Judge David C Bury
Referred to: Magistrate Judge Charles R Pyle

**Defendant (1)**

**Antonio Enrique Rojas**
*TERMINATED: 01/11/2006*

represented by **Andrea L Matheson**
Matheson Law Firm PC
100 N Stone Ave
Ste 1003
Tucson, AZ 85701
520-870-6400
Fax: 520-624-7341
Email: AbogadaAndrea@msn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

22:2778(b)(2) and 2778(c) Attempted
Exportation of Arms Without a License
(1)

**Disposition**

BOP 18 mo w/ credit for time served;
sup rel 24 mo; s/a $100

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

| Complaints | Disposition |
|---|---|
| None | |

**Plaintiff**

**United States of America**  represented by  **David P Petermann**
US Attorney's Office
405 W Congress St
Ste 4800
Tucson, AZ 85701-4050
520-620-7300
Fax: 520-620-7320
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maria Suzanna Davila**
Davila Law Office PC
100 N Stone Ave
Ste 805
Tucson, AZ 85701
520-882-3626
Fax: 520-882-4164
Email: DavilaLawOffice@msn.com
*TERMINATED: 02/25/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/19/2007 | 33 | Supervised Release Jurisdiction Transferred to Northern District of California (San Francisco) as to Antonio Enrique Rojas. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (KDT, ) (Entered: 12/20/2007) |
| 01/11/2006 | 32 | JUDGMENT AND COMMITMENT ISSUED as to Antonio Enrique Rojas (1), Count(s) 1, BOP 18 mo w/ credit for time served; sup rel 24 mo; s/a $100 . Signed by Judge David C Bury on 1/6/06. (KMF, ) (Entered: 01/11/2006) |
| 01/06/2006 | 31 | Text Entry for sentencing as to Antonio Enrique Rojas held on 1/6/2006 before Judge David C. Bury: PRESENT: David Petermann, AUSA; Andrea Matheson, CJA; Defendant present/in custody. INTERPRETER: Mirtha Nebeker. Sentence imposed. TEXT ONLY ENTRY-NO PDF ASSOCIATED WITH THIS ENTRY. (Court Reporter Chris Calles.) (CJS) (Entered: 01/09/2006) |
| 12/29/2005 | 30 | SENTENCING MEMORANDUM by Antonio Enrique Rojas (Attachments: # 1)(Matheson, Andrea) (Entered: 12/29/2005) |
| 12/12/2005 | 29 | OBJECTION TO PRESENTENCE INVESTIGATION REPORT by |

| | | |
|---|---|---|
| | | Antonio Enrique Rojas (Matheson, Andrea) (Entered: 12/12/2005) |
| 11/14/2005 | 28 | ORDER Adopting Magistrate Judge Findings and Recommendations and this Court accepts plea of guilty as to Antonio Enrique Rojas . Signed by Judge David C Bury on 11/10/05. (KDT, ) (Entered: 11/14/2005) |
| 10/28/2005 | 27 | NOTICE *OF WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT* by Antonio Enrique Rojas (Matheson, Andrea) (Entered: 10/28/2005) |
| 10/19/2005 | 26 | MAGISTRATE JUDGE'S FINDINGS & RECOMMENDATONS UPON GUILTY as to Antonio Enrique Rojas . Signed by Judge Charles R Pyle on 10/18/05. (KDT, ) (Entered: 10/19/2005) |
| 10/19/2005 | 25 | PLEA AGREEMENT as to Antonio Enrique Rojas (KDT, ) (Entered: 10/19/2005) |
| 10/19/2005 | 24 | CONSENT OF DEFENDANT Antonio Enrique Rojas AND ORDER OF REFERRAL to Magistrate Judge PYLE for entry of GUILTY PLEA . Signed by Judge David C Bury on 10/18/05. (KDT, ) (Entered: 10/19/2005) |
| 10/18/2005 | 23 | Minute Entry for proceedings held before Judge Charles R Pyle :Change of Plea Hearing as to Antonio Enrique Rojas held on 10/18/2005, Antonio Enrique Rojas enters plea of guilty to one-count indictment. Sentencing set for 1/6/2006 10:00 AM before Judge David C Bury. (Tape #Courtsmart.) (BJW, ) (Entered: 10/18/2005) |
| 09/22/2005 | 22 | ORDER granting 19 Motion for Extension of Time as to Antonio Enrique Rojas (1) Arraignment reset for 10/11/2005 09:30 AM before Magistrate Judge Charles R Pyle. Detention Hearing reset for 10/11/2005 09:30 AM. Evidentiary Hearing reset for 10/11/2005 09:30 AM before Magistrate Judge Charles R Pyle.. Signed by Judge Charles R Pyle on 9/21/05. (KDT, ) (Entered: 09/22/2005) |
| 09/21/2005 | 21 | Arrest Warrant Returned Executed on 8/22/05 in case as to Antonio Enrique Rojas. (KDT, ) (Entered: 09/21/2005) |
| 09/21/2005 | 20 | Minute Entry for proceedings held before Judge Charles R Pyle :Initial Appearance as to Antonio Enrique Rojas held on 9/21/2005 Arraignment set for 9/21/2005 10:30 AM before Magistrate Judge Jacqueline J Marshall. Detention Hearing set for 9/21/2005 10:30 AM before Magistrate Judge Jacqueline J Marshall. (Court Reporter Courtsmart.) (KDT, ) (Entered: 09/21/2005) |
| 09/20/2005 | 19 | First MOTION to Extend Time *For Arraignment, Detention Hearing and Supervised Release Violation Hearing* by Antonio Enrique Rojas. (Matheson, Andrea) (Entered: 09/20/2005) |
| 09/19/2005 | 17 | Minute Entry for proceedings held before Judge Charles R Pyle :Initial Appearance re Revocation of Pretrial Release as to Antonio Enrique Rojas held on 9/19/2005. Appearance entered by Andrea L Matheson. Hearing re Revocation of Pretrial Release set for 9/27/2005 at 01:45 PM before Magistrate Judge Charles R Pyle. (Tape #Courtsmart.) (BJW, ) |

| | | (Entered: 09/20/2005) |
|---|---|---|
| 09/12/2005 | 🔵18 | Rule 5(c)(3) Documents Received as to Antonio Enrique Rojas (KDT, ) (Entered: 09/20/2005) |
| 09/12/2005 | 🔵 | Arrest of Antonio Enrique Rojas in Northern District of California, (San Jose). (KDT, ) (Entered: 09/20/2005) |
| 08/10/2005 | 🔵16 | *SEALED* ORDER granting 15 Motion to submit CJA Payment as to Antonio Enrique Rojas (1). Signed by Judge Charles R. Pyle on 8/1/05. (KDT, ) (Entered: 08/10/2005) |
| 07/28/2005 | 🔵15 | *SEALED* MOTION to submit CJA payment request prior to conclusion of case by Antonio Enrique Rojas. (KDT, ) (Entered: 07/29/2005) |
| 06/01/2005 | 14 | (Court only) EX-PARTE SEALED ORDER by Judge David C. Bury granting motion for appointed CJA cnsl, Andrea Matheson, to submit CJA payment request prior to conclusion of case due to her client's outstanding warrant status [13-1] (KDT) (Entered: 06/08/2005) |
| 05/27/2005 | 13 | *SEALED* SEALED ex-parte motion for appointed CJA cnsl, Andrea Matheson, to submit CJA payment request prior to conclusion of case [13-1] by Antonio Enrique Rojas (KMF) (Entered: 06/01/2005) |
| 02/25/2005 | 12 | NOTICE of SUBSTITUTION of attorney for USA : David P Petermann appears and terminating attorney Maria Suzanna Davila for USA (KDT) (Entered: 03/01/2005) |
| 01/18/2005 | 11 | ARREST WARRANT returned unexecuted(Quashed Per Court Order Dated 1/13/05) as to Antonio Enrique Rojas (REC) (Entered: 01/19/2005) |
| 01/13/2005 | | Arrest WARRANT issued for Antonio Enrique Rojas ; ordered by Magistrate Judge Charles R. Pyle (KDT) (Entered: 01/18/2005) |
| 01/13/2005 | 10 | PETITION TO REVOKE PRETRIAL SERVICES as to Antonio Enrique Rojas ; petition filed on 1/13/05. (KDT) (Entered: 01/18/2005) |
| 01/13/2005 | 9 | ORDER by Magistrate Judge Charles R. Pyle upon request of the US Pretrial Services Officer and good cause appearing, it is hereby ordered the warrant issued on 4/5/04, is quashed as to Antonio Enrique Rojas re: [9-1] (KDT) (Entered: 01/18/2005) |
| 04/14/2004 | | ORDER by Judge David C. Bury : Case referred to Magistrate Judge Charles R. Pyle (cc: all counsel) (SJD) (Entered: 04/15/2004) |
| 04/14/2004 | 8 | INDICTMENT by USA attorney Maria Suzanna Davila. Counts filed against Antonio Enrique Rojas (1) count(s) 1 (SJD) (Entered: 04/15/2004) |
| 04/06/2004 | 7 | CJA Form 20 copy 4 as to Antonio Enrique Rojas appointing Andrea Matheson [ 4:04-m -3137 ] (SJD) (Entered: 04/07/2004) |
| 04/05/2004 | 6 | PETITION TO REVOKE pretrial release as to Antonio Enrique Rojas ; |

| | | |
|---|---|---|
| | | petition filed on 04/05/04. [ 4:04-m -3137 ] (LMF) (Entered: 04/05/2004) |
| 04/05/2004 | | ARREST WARRANT issued for Antonio Enrique Rojas ; ordered by Magistrate Judge Charles R. Pyle [ 4:04-m -3137 ] (LMF) (Entered: 04/05/2004) |
| 03/24/2004 | 5 | ORDER by Magistrate Judge Jacqueline J. Marshall setting conditions of release; $2,000 PAB for Antonio Enrique Rojas. [ 4:04-m -3137 ] (BAR) (Entered: 03/26/2004) |
| 03/24/2004 | 4 | ( FILED: 3/26/04) MINUTES: before Magistrate Judge Jacqueline J. Marshall . Interpreter: D. Miller. dft Antonio Enrique Rojas appears with counsel Andrea L Matheson , PAB bond set for Antonio Enrique Rojas in the amount of $ 2,000, detention hearing held, preliminary hearing waived, defendant held to answer before District Court , Case referred to Magistrate Judge Charles R. Pyle, all filings in this case should reflect the following case number 04-3137M(CRP) [cc: usa cnsl psa [4-4] [ 4:04-m -3137 ] (BAR) (Entered: 03/26/2004) |
| 03/22/2004 | 3 | CJA Form 23 financial affidavit by Antonio Enrique Rojas [ 4:04-m -3137 ] (BAR) (Entered: 03/26/2004) |
| 03/22/2004 | 2 | ( FILED: 3/22/04) MINUTES: before Mag Judge Glenda E. Edmonds . Interpreter: M. Nebeker. first appearance of Antonio Enrique Rojas ; informed of rights, charges, etc.; , SPANISH for Antonio Enrique Rojas, government's motion for detention and request for a continuance of detention hearing is granted, defendant shall be temporarily detained by USM, detention & preliminary hearings set for 3/24/04 at 9:15 before Magistrate Judge Marshall. [cc: usa cnsl psa [2-3] [ 4:04-m -3137 ] (BAR) (Entered: 03/26/2004) |
| 03/22/2004 | 1 | COMPLAINT filed as to Antonio Enrique Rojas [ 4:04-m -3137 ] (BAR) (Entered: 03/26/2004) |
| 03/19/2004 | | DEFENDANT Antonio Enrique Rojas arrested. Antonio Enrique Rojas (1) count(s) cmp [ 4:04-m -3137 ] (BAR) (Entered: 03/26/2004) |

I hereby attest and certify on Dec. 20, 2007 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA

By_____ Deputy

1  PAUL K. CHARLTON
   United States Attorney
2  District of Arizona
   Maria S. Davila
3  Assistant United States Attorney
   Arizona State Bar No. 015411
4  Evo A. Deconcini U.S. Courthouse
   405 West Congress, Suite 4800
5  Tucson, Arizona 85701-5040
   Telephone: (520) 620-7300
6  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

CR04 0841 TUC

| United States of America, | ) | INDICTMENT |
|---|---|---|
| Plaintiff, | ) | Violation: 22 U.S.C. § 2778 (b)(2) |
|  | ) | 22 U.S.C. § 2778 (c) |
| v. | ) |  |
| Antonio Enrique Rojas; | ) | (Attempted Exportation of Arms Without a License) |
| Defendant. | ) |  |

THE GRAND JURY CHARGES:

That on or about March 19, 2004, at or near Nogales, within the District of Arizona, the defendant, **ANTONIO ENRIQUE ROJAS**, did knowingly and willfully attempt to export and cause to be exported from the United States of America to the Republic of Mexico defense articles, that is a Cobra .380 semi-automatic handgun, serial number FS002554 and a Lorien .380 semi-automatic handgun, serial number LH04013, which were designated as defense articles on the United States Munitions List, without having first obtained from the Department of State a license for such export or written authorization for such export, in violation of Title 22, United States Code, Sections 2778 (b)(2) and 2778 (c), and Title 22,

///

///



Code of Federal Regulations, Sections 121.1, 121.4, 123.1, 127.1(a), 127.1(c) and 127.3.

A TRUE BILL

*Margaret J. [signature]*
Presiding Juror

APR 1 4 2004

PAUL K. CHARLTON
United States Attorney
District of Arizona

*[signature]*
Assistant U.S. Attorney

I hereby attest and certify on *Dec 20 2007*
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my
legal custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA

By *[signature]* _____ Deputy

2