# EXHIBIT A

| TO (Name and Address): | LEVYING OFFICER (Name and Address): |
|---|---|
| Antonio Rojas, Celina Michelle Rocha aka Michelle Rocha<br><br>1501 Almaden Exp., #6159<br><br>San Jose, CA 95125 | Santa Clara County Sheriff's Office<br>Office of the Sheriff-Civil Division<br>55 W Younger Ave<br>San Jose, CA  95110 |
| **NAME OF COURT, JUDICIAL DISTRICT or BRANCH COURT, IF ANY:**<br>Santa Clara County Superior Court<br>191 North First Street<br>San Jose, CA  95113<br>Limited | (408) 808-4800<br>Fax: (408) 998-0636<br><br>California Relay Service Number<br>(800) 735-2929 TDD or 711 |
| **PLAINTIFF:**<br>Conam Management Corporation<br>**DEFENDANT:**<br>Antoni Rojas  Celina Michelle Rocha aka Michelle Rocha | **COURT CASE NO.:**<br>108CV125100 |
| **Notice to Vacate** | **LEVYING OFFICER FILE NO.:**<br>2008775189 |

By virtue of the Writ of Execution for Possession/Real Property (eviction), issued out of the above court, you are hereby ordered to vacate the premises described on the writ.

| **Eviction Address:** | 1501 Almaden Exp., #6159<br>San Jose, CA 95125 |
|---|---|

Final notice is hereby given that possession of the property must be turned over to the landlord on or before:

| **Eviction day, date and time:** | Wednesday, October 29, 2008 12:01 AM |
|---|---|

Should you fail to vacate the premises within the allotted time, I will immediately enforce the writ by removing you from the premises. All personal property upon the premises at the time will be turned over to the landlord, who must return said personal property to you upon your payment of the reasonable cost incurred by the landlord in storing the property from the date of eviction to the date of payment.  If the property is stored on the landlord's premises, the reasonable cost of storage is the fair rental value of the space necessary for the time of storage.  If you do not pay the reasonable storage costs and take possession within fifteen (15) days, the landlord may either sell your property at a public sale and keep from the proceeds of the sale the costs of storage and of the sale (1988 CCC), or, if the property is valued at less than $300.00, the landlord may dispose of your property or retain it for his own use. (715.010(b)(3), 1174 CCP)

If you claim a right of possession of the premises that accrued prior to the commencement of this action, or if you were in possession of the premises on the date of the filing of the action and you are not named on the writ, complete and file the attached Claim of Right of Possession form with this office.  No claim of right to possession can be filed if box 24a(1) located on the back of the writ is checked.



Laurie Smith
Sheriff

By: GLENN HALPERT
_____
Sheriff's Authorized Agent

CPM Form 8.32
07/01/2008 (Revised)

Original