AO 245D (Rev. 9/00) - Judgment in a Criminal Case for Revocation

# United States District Court
## Northern District of California

**FILED**
NOV - 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES OF AMERICA
v.
ANTONIO ENRIQUE ROJAS

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

USDC Case Number: CR-07-00767-001 RMW

BOP Case Number: DCAN507CR000767-001

USM Number: 97380-008

Defendant's Attorney: Lara Vinnard, AFPD

**THE DEFENDANT:**
[x] admitted guilt to violation of conditions One (1), Two (2), and Three (3) of the term of supervision.
[ ] was found in violation of condition(s) ___ after denial of guilt.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offenses:

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | The defendant was arrested on the following charges: PC 422 - Threats to Commit a Crime Resulting in Great Bodily Injury (felony), and PC 594 - Vandalism (misdemeanor). | 9-29-08 |
| 2 | The defendant failed to submit his written report. | 08-08 |
| 3 | The defendant moved out over two weeks of the last known residence. The defendant has failed to report his whereabouts to U.S. Probation to date. | 09-29-08 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

AO 245D (Rev. 9/00) - Judgment in a Criminal Case for Revocation

November 3, 2008
Date of Imposition of Judgment

_____
Signature of Judicial Officer

Honorable Jeremy Fogel, U. S. District Judge
Name & Title of Judicial Officer

11-5-08
Date

AO 245B (Rev. 12/03) (CAND Rev. 3/07) Judgment in a Criminal Case Sheet 2 - Imprisonment

| | |
|---|---|
| DEFENDANT: ANTONIO ENRIQUE ROJAS | Judgment - Page 3 of 3 |
| CASE NUMBER: CR-07-00767-001 RMW | |

# IMPRISONMENT

The defendant's supervised release is hereby revoked and the defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of <u>Three (3) months</u>. No supervised release shall follow.

[ ]   The Court makes the following recommendations to the Bureau of Prisons:

[x]   The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated.

[ ]   The defendant shall surrender to the United States Marshal for this district.

    [ ] at ___ [] am [] pm on ___.
    [ ] as notified by the United States Marshal.

The appearance bond shall be deemed exonerated upon the surrender of the defendant.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    [ ] before 2:00 pm on ___.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Office.

The appearance bond shall be deemed exonerated upon the surrender of the defendant.

# RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
Deputy United States Marshal